FILED
AUG 2 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(HON. LEO S. PAPAS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JANICE MARIE MATHIASON,<br><br>Defendant. | CASE NO. 04-cr-0565-J<br><br>AMENDED<br>ORDER DIRECTING THE U.S. MARSHAL AND THE G.E.O. CORRECTIONAL CENTER STAFF TO COOPERATE AND FACILITATE THE VISIT FOR EVALUATION OF DEFENDANT JANICE MARIE MATHIASON |

**FOR GOOD CAUSE APPEARING,** the Court directs that Francisco Gomez, Ph.D., be permitted access to the G.E.O. Correctional Center, and the U. S. Marshal is directed to cooperate and facilitate his visit with defendant JANICE MARIE MATHIASON for psychological evaluation. Should defendant JANICE MARIE MATHIASON be transferred from the G.E.O. Correctional Center, Dr. Gomez is further permitted to have access to any other facility. Dr. Gomez is to be allowed access to all medical and/or psychological/psychiatric records, in order to facilitate his evaluation of defendant JANICE MARIE MATHIASON.

The Court further orders that Dr. Gomez be paid the sum of $1000.00 for his services.

**IT IS SO ORDERED.**

Dated: 8/22/07

HON. LEO S. PAPAS
DISTRICT COURT MAGISTRATE